McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for DIVERSIFIED ADJUSTMENT SERVICE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCDONALD,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC.,<br><br>Defendant. | Case No. 2:26-cv-01169-APG-MDC<br><br>**STIPULATION AND ORDER REGARING DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff VALERIE MCDONALD and Defendant Diversified Adjustment Service, Inc., HEREBY STIPULATE AND AGREE, that this action is dismissed with prejudice as to the claims of Plaintiff Valerie McDonald against Diversified Adjustment Service, Inc., and without costs to either party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Re: McDonald v. Diversified Adjustment Service, Inc.
Case No.: 2:26-cv-01169-*APG-MDC*

**CERTIFICATION REGARDING AI USAGE**

I certify that Artificial Intelligence was not used to prepare the foregoing document.

IT IS SO STIPULATED.

Dated: September 21, 2026.

By: ______________________________

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149
Email: valeriemcdonald@gmail.com
*Plaintiff, Pro Se*

Dated September 22, 2026.

By: ______________________________

Jonathan W. Carlson
Nevada Bar No. 10536
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Tel: (702) 949-1100
Jonathan.Carlson@mccormickbarstow.com
*Counsel for Defendant Diversified Adjustment Services, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED this 23rd day of September, 2026

______________________________
UNITED STATES DISTRICT COURT

Submitted By:

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

______________________________
Jonathan W. Carlson
Nevada Bar No. 10536
Attorneys for Defendant Diversified Adjustment Services, Inc.